(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant
RAMIRO GIL-GUERRA



FILED

2005 SEP -2 P 12: 45

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: **CR-F-05-0099 AWI** |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEYS** |
| RAMIRO GIL-GUERRA, | |
| Defendant. | |

Defendant, ROMIRO GIL-GUERRA, hereby requests leave of court to substitute ROGER T. NUTTALL of the law firm of NUTTALL & COLEMAN as his attorney in place and stead of NICHOLAS F. REYES, ESQ. 1107 "R" Street, Fresno, CA 93721. Phone # (559) 486-4500.

DATED: August 24, 2005.

_____
ROMIRO GIL-GUERRA

I CONCUR WITH SAID SUBSTITUTION.

DATED: August 25, 2005.

_____
NICHOLAS F. REYES

1  I AGREE TO THE ABOVE SUBSTITUTION.

2  DATED: August 24, 2005.

4  NUTTALL & COLEMAN

5  By: _____
6  ROGER T. NUTTALL

7  *********

8  **O R D E R**

10  Good cause appearing,

11  **IT IS HEREBY ORDERED** that NICHOLAS F. REYES, is hereby relieved as attorney of record in this matter, and ROGER T. NUTTALL of the law offices of NUTTALL & COLEMAN is substituted in as attorney of record for Defendant, RAMIRO GIL-GUERRA.

15  DATED: August 31, 200.

_____
Judge, United States District Court

2