1  McGREGOR W. SCOTT
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone:  (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. F. NO. 05-099 OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE HEARING |
| v. | ) | |
| RAMIRO GIL-GUERRA, | ) | |
| Defendant. | ) | |

The parties herein, through their respective counsel, hereby agree and stipulate that the hearing currently set for December 12, 2005 at 9 a.m. be continued to January 9, 2005 at 10 a.m.

Pursuant to 18 U.S.C. §3161(h)(i)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i), we would ask that exclusion of time be granted

DATED:December 8, 2005                    McGREGOR W. SCOTT
                                          United States Attorney

                                          By          /S/

                                          KATHLEEN A. SERVATIUS
                                          Assistant U.S. Attorney


DATED:December 8, 2005                         /S/
                                          ROGER NUTTALL
                                          Attorney for Ramiro Gil-Guerra

<u>ORDER</u>

IT IS HEREBY ORDERED THAT the hearing date currently set for December 12, 2005 at 9 a.m. be continued to January 9, 2005 at 10 a.m.

DATED: December 13 , 2005

/s/ OLIVER W. WANGER
_____
HONORABLE OLIVER W. WANGER
United States District Court Judge