| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| 2 | United States Attorney<br>KATHLEEN A. SERVATIUS |
| 3 | Assistant U.S. Attorneys<br>3654 Federal Building |
| 4 | 1130 "O" Street<br>Fresno, California 93721 |
| 5 | Telephone: (559) 498-7272 |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:05-CR-0099 OWW |
| | ) | |
| Plaintiff, | ) | PROPOSED |
| | ) | ORDER CONTINUING HEARING ON |
| | ) | DEFENDANT'S MOTION TO DISMISS FOR |
| v. | ) | VIOLATION OF RIGHT TO SPEEDY TRIAL |
| | ) | |
| | ) | DATE:  May 15, 2006 |
| RAMIRO GIL-GUERRA, | ) | TIME:   9:00 a.m. |
| | ) | COURTROOM Two |
| Defendant. | ) | HONORABLE Oliver W. Wanger |
| | ) | |

The parties herein, through their respective counsel, having agreed and stipulated that the date set for the hearing on defendant's motion to dismiss case be continued from May 15, 2006 until May 22, 2006 at 9:00 a.m.,

IT IS SO ORDERED.

Dated: May 11, 2006                                   /s/Oliver W. Wanger
                                                      Honorable Oliver W. Wanger
                                                      United States District Judge

1