McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>RAMIRO GIL-GUERRA,<br><br>            Defendant. | CASE NO. 1:05-CR-0099 OWW<br><br>ORDER CONTINUING DATE FOR STATUS CONFERENCE AND TRIAL CONFIRMATION<br><br>DATE: January 3, 2007<br>TIME: 9:00 A.M.<br>PLACE: Courtroom 2<br>Honorable Oliver W. Wanger |

Upon the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the status conference and trial confirmation presently set for January 3, 2007 at 9:00 a.m. is continued until January 9, 2007 at 9:00 a.m. to be heard before the Honorable Oliver W. Wanger, Courtroom 3.

IT IS SO ORDERED.

**Dated:   December 20, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                           UNITED STATES DISTRICT JUDGE

1