**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant
        RAMIRO GIL-GUERRA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:05 CR 00099 OWW |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING** |
| RAMIRO GIL-GUERRA, | HRG. DATE: March 24, 2008 |
| Defendant. | TIME:    9:00 a.m. DEPT.:    #2 |

TO:    THE HONORABLE OLIVER W. WANGER, UNITED STATES DISTRICT COURT JUDGE; AND TO KATHY SERVATIUS, ASSISTANT UNITED STATES ATTORNEY:

        RAMIRO GIL-GUERRA, by and through his attorney, ROGER T. NUTTALL, of the Law Offices of NUTTALL & COLEMAN, respectfully requests that this Court continue the matter of his Sentencing, currently scheduled for March 24, 2008, to **April 21, 2008, at 9:00 a.m**.

        Salvador Ceja, the interpreter who has been assisting counsel for Defendant, had throat surgery one week ago.  He shall be unable to speak for the next few weeks.  Because of this unforseen event, counsel has not had a chance to visit the Defendant with Mr. Ceja and go over the Presentence Investigation

1   Report with him.  Since Mr. Ceja has been the only interpreter

2   involved in this case, the Defendant would not feel comfortable

3   having someone else interpret the Report to him.

4        Counsel's office has contacted Ms. Kathy Servatius,

5   Assistant U. S. Attorney, who has no objection to this short

6   continuance.

7        It is respectfully submitted that neither the court, nor

8   any party to this proceeding, should be unduly prejudiced by the

9   continuance of the Sentencing for the above-stated purposes.

10       DATED:  March 20, 2008.

11                              NUTTALL & COLEMAN

12                                  /s/ Roger T. Nuttall
                                By: _____
13                                  ROGER T. NUTTALL

14
                                UNITED STATES ATTORNEY'S OFFICE
15
                                    /s/ Kathy Servatius
16                              By: _____

17                                  Assistant U. S. Attorney

18                         ************************

19                              **O R D E R**

20
         Good Cause Appearing,
21

22       IT IS SO ORDERED.

23   **Dated:   March 21, 2008**            **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE
24

25

26

27

28

2